UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. and minors R.O., R.A., and R.I., by and through their Guardian Ad Litem Stephany Sinclair,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.:  22cv1905-WQH(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 17]** |

On May 1, 2023, the above-entitled action was transferred from the calendar for Magistrate Judge Mitchell D. Dembin to the undersigned's calendar. ECF No. 15. On May 2, 2023, the Court reset the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"), previously set for June 8, 2023, at 9:30 a.m., to June 13, 2023, at 1:30 p.m. ECF No. 16

On May 25, 2023, the parties filed a Joint Motion to Continue Early Neutral Evaluation, FRCP 26 Compliance, and Case Management Conference. ECF No. 17. The parties seek to continue the June 13, 2023 conferences to June 16, 21, or 22. <u>Id.</u> at 2. In support, the parties

state that counsel for Plaintiffs will be engaged in a trial the afternoon of June 13, 2023, and counsel for Defendants agreed to request to continue the ENE and CMC to a mutually agreeable date. Id.

   Good cause appearing, the parties' motion is **GRANTED** as follows:

1. The June 13, 2023 Early Neutral Evaluation Conference is hereby **CONTINUED** to **June 21, 2023** at **1:30 p.m.**

2. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at **1:30 p.m**. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time**.

3. No later than **June 9, 2023**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the following:

   i. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

   ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

   iii. A **telephone number where each participant may be reached** so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

   All participants must display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video

conference.

4. On or before **June 9, 2023**, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major

5. In the event the case does not settle during the ENE, the Court will conduct an Initial Case Management Conference.  In preparation for this conference, the parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **May 31, 2023**, file a Joint Discovery Plan on the CM/ECF system no later than **June 9, 2023**, and exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **June 14, 2023**.

6. All other guidelines and requirements remain as previously set.  See ECF No. 106.

**IT IS SO ORDERED**.

Dated:  5/26/2023

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The parties must not append attachments or exhibits to the ENE statement.